**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-6714**

———————————

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

> v.

RAMIRO RAMIREZ-BARRETO, a/k/a Edward Lee Tijerna, a/k/a Ramon Ramirez Tapia, a/k/a Morelos,

> Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  David J. Novak, District Judge.  (4:19-cr-00047-DJN-LRL-1)

———————————

Submitted:  January 23, 2025                          Decided:  January 28, 2025

———————————

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ramiro Ramirez-Barreto, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramiro Ramirez-Barreto appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i). We have reviewed the record and conclude that the district court did not abuse its discretion by finding that even if Ramirez-Barreto were able to establish an extraordinary and compelling reason for his requested relief, the 18 U.S.C. § 3553(a) factors weighed against a sentence reduction. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review for denial of compassionate release).

Accordingly, we affirm the district court's order. *United States v. Ramirez-Barreto*, No. 4:19-cr-00047-DJN-LRL-1 (E.D. Va. Mar. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*